# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARQUE GARDELEY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES DZURENDA,<br><br>　　　　　　　Defendant. | Case No.: 2:25-cv-00068-GMN-NJK<br><br>**Order Granting Motion for Accommodations and Denying Motion to Extend Response Deadline**<br><br>(Docket Nos. 7, 8) |

*Pro se* plaintiff Marque Gardeley brings this civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at Ely State Prison. Docket No. 4. An Inmate Early Mediation Conference is set for September 19, 2025. Docket No. 6. Plaintiff moves the Court to provide a real-time court reporter for the mediation conference, as he is hearing impaired and cannot hear or read lips over video. Docket No. 7. For its part, Interested Party Nevada Department of Corrections moves to extend the deadline to respond to Plaintiff's motion to September 11, 2025, because the Nevada Attorney General's Office has been impacted by a statewide network outage. Docket No. 8.

　　This Court is sympathetic to the network outage, but it does not require further briefing on Plaintiff's motion. Plaintiff has shown good cause to grant his motion, and the Court notes that Plaintiff has been similarly accommodated in other lawsuits. *See Gardeley v. Dzurenda*, Case No. 3:24-cv-00111-MMD-CSD, at Docket Nos. 37, 42.

　　Accordingly, for the reasons stated above,

　　IT IS ORDERED that Plaintiff's motion for reasonable accommodations at the mediation conference, Docket No. 7, is **GRANTED**. A real-time court reporter must be present during the mediation conference. Further, accommodations must be made for any future hearings or conferences by having a real-time court reporter available.

1

1   IT IS FURTHER ORDERED that the motion to extend the response deadline, Docket
2   No. 8, is **DENIED** as moot.
3   IT IS SO ORDERED.
4   DATED: August 29, 2025.

```
                              _____
                              NANCY J. KOPPE
                              UNITED STATES MAGISTRATE JUDGE
```

2