Gardeley
Plaintiff,
vs.
Dzurenda, et al
Defendant

Case No.: 2:25-CV-00068-GMN-NJK
Dept. No.:

Plaintiff motion for extension to Respond to Defendants Summary Judgment disposition

Plaintiff pro se litigant comes humbly before the court, Requesting to extend unexpired deadline to respond, governed by Rule 16 of fed. Rules. civil procedure Alexanderr Las Vegas Metropolitan police Dept, case no 2:24-cv-00074-APG-NJR, 2025 WL 793023: A*1 (D Nev Feb 12 2025) without having to cite numerrous cases, this case is complexe Im waiting on the prisons law library services to bring the necessary case laws and legal supplie I need an extension to respond to defendants summary Judgment 21 days memorandum of point And Authorities
Legal Standards
Legal Analysis
And everything else thats necessary, issues are too complexed Im tryin to get it together
submitted

MAY 2, 2026 MARQUE Gardeley #1099633