# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARQUE GARDELEY,

    Plaintiff,

v.

WILLIAM A. GITTERE, et al.,

    Defendants.

Case No. 2:25-cv-00068-GMN-NJK

**Order**

[Docket No. 33]

Pending before the Court is Plaintiff's motion for reasonable ADA accommodations for the parties' settlement conference. Docket No. 33. The Court does not require a response or a hearing. *See* Local Rule 78-1.

Plaintiff submits that he is deaf and requests reasonable ADA accommodations during the parties' upcoming settlement conference to allow him to fully understand and communicate with all parties involved. Docket No. 33 at 2. The Court has previously ordered that "accommodations must be made for any future hearings or conferences by having a real-time court reporter available." Docket No. 9.

Accordingly, the Court **GRANTS** Plaintiff's motion. Docket No. 33. In light of Plaintiff being in prison, defense counsel is **INSTRUCTED** to provide a real-time court reporter to be present with Plaintiff throughout the settlement conference.

IT IS SO ORDERED.

Dated: June 22, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1