AARON D. FORD
Attorney General
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3788 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants,
Tasheena Cooke, David Drummond,
William Gittere, Patricia Hernandez,
Matthew Noriega, Madeline Pickens,
Curtis Rigney, James Underwoood,
and Daniel Wheeler*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARQUE GARDELEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al*,<br><br>Defendants. | Case No. 2:25-cv-00068-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Marque Gardeley, and Defendants, Tasheena Cooke, David Drummond, William Gittere, Patricia Hernandez, Matthew Noriega, Madeline Pickens, Curtis Rigney, James Underwood, Jason Stolk and Daniel Wheeler, by and through counsel, Aaron D. Ford, Nevada Attorney General, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 10th day of September, 2026.

DATED this 10th day of September, 2026

By: MARQUE Gardeley #1099633

**Marque Gardeley**

Plaintiff *pro se*

By: /s/ *John Regalia*

VICTORIA C. COREY (Bar No. 16969)

Deputy Attorney General

*Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

*DATED* November 13, *2026.*

Gloria M. Navarro, United States District Judge
UNITED STATES DISTRICT COURT